UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-10029-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ORESTE CHAVEZ TORRES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 13 2367 issued by United States Magistrate Judge Barry L. Garber, on September 10, 2014 (D. E. No 436), recommends to this Court, that CJA Voucher FLS 13 2367 be Granted and that Faith Mesnekoff, PA be paid a total sum of **$22,525.50.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation (D.E. No. 436), is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of September, 2014.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Faith Mesnekoff, PA
Lucy Lara, CJA Administrator